# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148435-7

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DOMINIC J. RIGGIO,
      Plaintiff-Appellee,

v

SHARON RIGGIO,
      Defendant-Appellee,

and

SUE E. RADULOVICH,
      Intervening Party-Appellant,

and

SUE E. RADULOVICH, PC,
      Intervening Party.

SC: 148435-7
COA: 308587, 308588, 310508
Macomb CC: 2007-005787-DO
               2009-000698-DO

_____/

On order of the Court, the application for leave to appeal the November 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014


Clerk

h0616